**No. 10-8665. Jose Arturo Varela, Petitioner v. United States.**

562 U.S. 1261, 131 S. Ct. 1582, 179 L. Ed. 2d 483, 2011 U.S. LEXIS 1827.

February 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 406 Fed. Appx. 827.

Same case below, 611 F.3d 914.